No. 01–8624. SELLMEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8626. MCPHILOMY ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8627. O'NEAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8628. MITZEL v. TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8629. COWO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–8631. EVANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–1103. BOSWELL v. BOARD OF TRUSTEES OF TEXAS CHRISTIAN UNIVERSITY ET AL.; and BOSWELL v. TEXAS CHRISTIAN UNIVERSITY ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied.

No. 01–1246. ANGWIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–8031. COTTRELL v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR. C. A. 4th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.